UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, | |
| Plaintiff, | Civil Action No.: 08cv2540(DC) |
| vs. | |
| ABLES & HALL BUILDERS, a Kentucky General Partnership; RONNIE ABLES, DENNIS WADE ABLES and JAMES A. HALL, its General Partners, | **CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1** |
| Defendants. | ECF CASE |

---

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Petitioner/Defendant ABLES & HALL BUILDERS, by and through its undersigned counsel, states the following:

Petitioner/Defendant ABLES & HALL BUILDERS is a Kentucky general partnership comprised of Petitioners/Defendants RONNIE ABLES, DENNIS WADE ABLES and JAMES A. HALL. As such, there is no parent corporation of ABLES & HALL BUILDERS, nor is ABLES & HALL BUILDERS a publicly-traded entity.

Dated: Morristown, New Jersey
       March 6, 2008

1

Yours, etc.

TRAFLET & FABIAN

By: _____
STEPHEN G. TRAFLET (ST-9654)
1001 Avenue of the Americas
11th Floor
New York, NY 10018
Tel: 212.244.6199
Fax: 212.859.7313

264 South Street
Morristown, NJ 07960
Tel: 973.631.6222
Fax: 973.631.6226
straflet@trafletfabian.com

OF COUNSEL:
John David Dyche
Fultz Maddox Hovious & Dickens PLC
2700 National City Tower
101 South Fifth Street
Louisville, KY 40202-3116
Tel: 502.588.2017 (Direct Dial)

Attorneys for Petitioners/Defendants
Ables & Hall Builders, Ronnie Ables,
Dennis Wade Ables and James A. Hall