USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

U.S. BANK NATIONAL ASSOCIATION,          :

                Plaintiff,     :     **ORDER**

        - against -                    :     08 Civ. 2540 (DC)

ABLES & HALL BUILDERS et al.,            :

                Defendants.    :

- - - - - - - - - - - - - - - - -x

**CHIN, District Judge**

        The Court held a pre-motion conference in this case today.  At the conference, plaintiff orally moved to remand this case to state court and the Court set forth the following briefing schedule for the motion:  plaintiff shall submit moving papers by April 22, 2008; defendants shall oppose the motion by May 6, 2008.  Defendants may simultaneously move to dismiss or transfer the case pursuant to the same briefing schedule.  The Court will not accept reply papers for either motion.

        SO ORDERED.

Dated:  New York, New York
       April 1, 2008

                                      DENNY CHIN
                                      United States District Judge