UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

U.S. BANK NATIONAL ASSOCIATION,

        Plaintiff,

vs.

ABLES & HALL BUILDERS, a Kentucky
General Partnership; RONNIE ABLES,
DENNIS WADE ABLES and JAMES A.
HALL, its General Partners,

        Defendants.

Civil Action No.: 08cv2540(DC)

ECF CASE

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

---

    Upon the motion of Stephen G. Traflet, attorney for Defendants Ables & Hall Builders, Ronnie Ables, Dennis Wade Ables and James A. Hall, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    John David Dyche, Esq.
    Fultz Maddox Hovious & Dickens PLC
    2700 National City Tower
    101 South Fifth Street
    Louisville, KY  40202-3116
    Tel:   502.588.2000 (Main Number)
    Tel:   502.588.2017 (Direct Dial)
    Fax:   502.588.2020
    **jddyche@fmhd.com**

is admitted to practice pro hac vice as counsel for Defendants Ables & Hall Builders, Ronnie Ables, Dennis Wade Ables and James A. Hall in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 4/7, 2008
New York, New York

Hon. Denny Chin
United States District Judge