UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. BANK NATIONAL ASSOCIATION,

      Plaintiff,

vs.

ABLES & HALL BUILDERS, a Kentucky General Partnership, and

RONNIE ABLES,
DENNIS WADE ABLES, and
JAMES A. HALL,
its General Partners,

      Defendants.

Case No. 08-CV-2540 (DC)

## CERTIFICATE OF SERVICE

I, Jacob E. Miota, certify that on May 2, 2008 I electronically filed the Plaintiff's Brief in Opposition to Defendants' Motion to Dismiss and the Declaration of Jacob E. Miota in Support of Plaintiff U.S. Bank's Opposition to Defendants' Motion to Dismiss with the Clerk of Court using the ECF System which will send notification of such filing to Stephen G. Traflet at straflet@trafletfabian.com. I certify that I have mailed by United States Postal Service these documents to the non-ECF participant John David Dyche at Fultz Maddox Hovious & Diskens PLC, 2700 National City Tower, 101 South Fifth Street, Louisville, KY 40202.

      s/Jacob E. Miota_____
      Jacob E. Miota

T:\CLIENTA\034534\0861\A2590047.1