# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

## APPEARANCE

Case Number: 08-CV-2540 (DC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

U.S. BANK NATIONAL ASSOCIATION, Plaintiff

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/13/2008 | *signature* |
| Date | Signature |
| | Moshe Sasson — MS-6505 |
| | Print Name / Bar Number |
| | 488 Madison Avenue, 18th Floor |
| | Address |
| | New York, NY 10022 |
| | City / State / Zip Code |
| | (212) 949-7501 / (212) 949-7502 |
| | Phone Number / Fax Number |