AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                    DISTRICT OF          NEW YORK

U.S. BANK NATIONAL ASSOCIATION,
                v.
ABLES & HALL BUILDERS, a Kentucky
General Partnership, and
RONNIE ABLES, DENNIS WADE ABLES,
and JAMES A. HALL, its General Partners,

**APPEARANCE**

Case Number:   08-CV-2540 (DC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    Plaintiff, U.S. Bank, National Association

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/13/2008 | s/Jacob E. Miota |
| Date | Signature |
| | Jacob E. Miota                JM4751 |
| | Print Name                Bar Number |
| | 100 E. Wisconsin Ave., Suite 3300 |
| | Address |
| | Milwaukee        WI        53202-4108 |
| | City       State        Zip Code |
| | 414-271-6560        414-277-0656 |
| | Phone Number        Fax Number |